FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 14 2015
JAMES W. McCORMACK, CLERK
By: D Brown DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
_______________ DIVISION

CASE NO. 5:15-CV-230 KGB/JTK

I. Parties

In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Rodney Wilson McClanton
ADC# 108785

Address P.O. Box 500 Cummins Unit 5-B Grady, Arkansas 71644

Name of plaintiff: ____________
ADC# ____________

Address ____________

This case assigned to District Judge Baker
and to Magistrate Judge Kearney

Name of plaintiff: ____________
ADC# ____________

Address ____________

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Mr. Robert Brewing

Position: Doctor

Place of employment: National Park Medical Center

Address: 1910 Malvern Avenue Hot Springs Arkansas 71901

Name of defendant: Mrs. Estella Bland

Position: LPN

Place of Employment: Cummins Unit Infirmary

Address: P.O. Box 500 Grady, Arkansas 71644

Name of defendant: ______________________________

Position: ______________________________

Place of Employment: ______________________________

Address: ______________________________

Name of defendant: ______________________________

Position: ______________________________

Place of Employment: ______________________________

Address: ______________________________

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☑ both official and personal capacity

III. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ______ No ✓

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another pieced of paper, using the same outline.)

☐ Parties to previous lawsuit

Plaintiffs: ______________________________

______________________________

Defendants: ______________________________

______________________________

☐ Court (if federal court, name the district; if state court, name the county):

______________________________

☐ Docket Number: ______________________________

☐ Name of judge to whom case was assigned: ____________________

☐ Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? ____________________

☐ Approximate date of filing lawsuit: ____________________

☐ Approximate date of disposition: ____________________

IV. Place of present confinement: Cummins Unit P.O. Box 500 Grady, Arkansas 71644

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

✓ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: ____________________

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did your file a grievance or grievances presenting the facts set forth in this complaint?

Yes ✓ No _____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓ No _____

If not, why? ____________________

VII. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On March 31, 2015 I was called to the infirmary to see LPN Estella Bland, During my medical lay in Ms. Estella Bland just went on an on telling me what's not wrong with me, She didn't even check the Hernia area where I state it that I've been having pain, Isn't it possible that "National Park Medical Center" surgery was a failer, I have stack's of mesh with multiple interrupted horizontal mattress O surgiac ... etc. sutured with muscles right along my left waist line down ward toward my testile's, A problem has been develope an I've been going threw harsh pain for atleast a year, Every time am Re-Seen by LPN Estella Bland she just Run's off at the mouth saying "Theirs Nothing Wrong With You". How can you diagnose me just by looking at me, Am Constandly telling this physican that am in pain, and its going in one ear an out the other, she alway's order me Ibuprofen pain tablet's, and I tell her that those pill's dont help my pain they just upset my stomach, and she just sat's their with a oh well look on her face, she's very unprofessional, and has an attitude with me always.

Respectfully Submitted
Rodney W. McClanton [signature]
Rodney W. McClanton
108785

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For pain & suffering, and Mental Anguish
One sum payment of 112,000,000
One Hundreth Twelve million dollars

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 8 day of July, 20 15.

Rodney W. McClanton
Rodney W. McClanton
Rodney W. McClanton
(Signature(s) of plaintiff(s))

IGTT430
3GD

Attachment VI

INMATE NAME: McClanton, Rodney W. ADC #: 108785 GRIEVANCE#:CU-15-00562

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On March 31, 2015, you grieved that you are not receiving adequate medical care. You state that you were seen by APN Bland on this date and all APN Bland did was tell you that there was nothing wrong with you. You state that APN Bland did not check your hernia area where you stated that you have pain. You state that your surgery could have possibly failed and you have stacks of mesh inside of you from your surgery on March 28.2015. You state that you have had constant pain since you had the surgery. You state that APN Bland is purposely being unprofessional. You state that this is a serious medical need and you are not receiving treatment.

The medical department responded, "I am responding to this grievance via a yellow copy with no medical signature to denote it was ever received by Medical. You state that you were seen by APN Bland on March 31, 2015, for complaints of hernia pain. According to documentation, APN Bland had already evaluated you for this same complaint on March 16th. She reviewed Dr. Breving's follow up note along with his recommendations which stated no further action at that time as well as your current medication. Based on her findings that day, she instructed you to continue with the NSAIDs as currently prescribed. You mentioned that you had mesh placed at National Park back in March 2014 related to a hernia repair and continue to experience pain. Having said that, I will place you on the nurse referral book to be re-evaluated by the provider. Your grievance is found without merit at this time."

Your appeal states APN Bland refuses to examine you. You state that how can you be diagnosed by just looking at a patient or because you have seen the patient two weeks prior. You state that you have had constant pain since your surgery at National Park Medical Center. You state that Dr. Breving's did not heal you and you feel that he damaged you.

According to your electronic medical records, you have been seen numerous times for your complaints of hernia pain. The medical department's response is upheld and this appeal is without merit.

Director

Date 6/30/15

IGTT420
3GH

Attachment IV

INMATE NAME: McClanton, Rodney W. ADC #: 108785B GRIEVANCE #: CU-15-00562

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(GRV 00562) (Code 654) Your April 6, 2015, grievance stating you never received response from informal and that APN Bland refuses to treat you has been received and reviewed.

I am responding to this grievance via a yellow copy with no medical signature to denote it was ever received by Medical. You state that you were seen by APN Bland on March 31, 2015, for complaints of hernia pain. According to documentation, APN Bland had already evaluated you for this same complaint on March 16th. She reviewed Dr. Breving's follow up note along with his recommendations which stated no further action at that time as well as your current medication. Based on her findings that day, she instructed you to continue with the NSAIDs as currently prescribed. You mentioned that you had mesh placed at National Park back in March 2014 related to a hernia repair and continue to experience pain. Having said that, I will place you on the nurse referral book to be re-evaluated by the provider.

Your grievance is found without merit at this time.

Kimberly Snow

RECEIVED - DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
MAY 21 2015
HEALTH & CORRECTIONAL PROGRAMS

Signature of Health Services Administrator/Mental Health Supervisor or Designee

Kimberly D Snow — Title

05/04/2015 — Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

Ms. Estella Bland Refuse to examine me, How can you diagnose a patient just by looking at them, Or because you seen the patient two weeks prior, I've had constance pain since my surgery at National Park Medical Center Dr. Breving's didn't heal me, its more likely I feel that he has damage me

Rody McClanton — Inmate Signature

108785 — ADC#

May 5 2015 — Date

Yellow copy 654

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

FOR OFFICE USE ONLY
GRV. # CU-15-00562
Date Received: APR 06 2015
GRV. Code #: CUMMINS UNIT GRIEVANCE OFFICE

**Unit/Center** Cummins
**Name** Rodney W. McClanton
**ADC#** 108785 **Brks #** 5B **Job Assignment** pal program

3-31-15 (Date) STEP ONE: Informal Resolution

4-6-15 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: She refuse to physically exam me, Just fly off saying "Theirs nothing wrong with you"

_______ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: ______

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On March 31, 2015 I was called to the Infirmary to see LPN Estella Bland, During my medical lay in Ms. Estella Bland, Just went on an on tell me whats not wrong with me, She didn't even check the Hernia Area where I state it that I've been having pain, Isn't it possible that National Park Medical Center surgery was a failer, I have stack's of mesh inside of me from surgery on 3-28-14, I've had constance pain going on since this surgery, An every time that am re-seen by this Estella Bland she just Runs off at the mouth about what not wrong with me, she is purposefully being unprofessional, how can you diagnosed me just by looking at me I Am constandly telling this physician that am in pain, and its going in one ear an out the other Under the Eighth Amendment am entitled to medical care, and this is a serious medical need, she not giving me treatment by flying of at the mouth, she just has made me feel very upset

Rodney W. McClanton — Inmate Signature
March 31, 2015 — Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 3/31/15 (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? _____ (Yes or No). If yes, name of the person in that department receiving this form: _____ Date _____

CO Knight A — PRINT STAFF NAME (PROBLEM SOLVER)
100626 — ID Number
A. Knight — Staff Signature
3/31/15 — Date Received

Describe action taken to resolve complaint, including **dates**: Today's 4-6-15 I never recieve orignal copy back I didn't recieve a response from 3-31-15 Rodney McClanton 108785

Staff Signature & Date Returned — Inmate Signature & Date Received

DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
MAY 21 2015
HEALTH & CORRECTIONAL PROGRAMS

This form was received on ______ (date), pursuant to **Step Two**. Is it an Emergency? ____ (Yes or No)
Staff Who Received Step Two Grievance: ______ Date: ______
Action Taken: ______ (Forwarded to Grievance Officer/Warden/Other) Date: ______
If forwarded, provide name of person receiving this form: ______ Date: ______

3

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.

**UNIT LEVEL GRIEVANCE FORM (Attachment I)**

FOR OFFICE USE ONLY
GRV. # CU-15-00562
Date Received: APR 07 2015
GRV. Code #: 1000
CUMMINS UNIT GRIEVANCE OFFICE

60

Unit/Center Cummins

Name Rodney W. McClanton

ADC# 108785 Brks # 5-B Job Assignment pal-program

3-31-15 (Date) STEP ONE: Informal Resolution Informal Resolution is for 3-31-15 not 3-6-15

4-6-15 4:08 pm (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: She refuse to physically exam me Just fly off saying "Theirs nothing wrong with you!

_______ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: ___________

*Is this Grievance concerning Medical or Mental Health Services?* _____ *If yes, circle one: medical or mental*

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): On March 31, 2015 I was called to the Infirmary to see LPN Estella Bland, During my medical lay in Ms. Estella Bland Just went on an on, tell me whats not wrong with me, she didn't even check the Hernia Area where I state it that I've been having pain, Isn't it possible that National Park Medical Center surgery was a failer, I have stack's of mesh inside of me from surgery on 3-28-14, I've had constance pain going on since this surgery, An every time that am re-seen by this Estella Bland she just Run's off at the mouth about what not wrong with me, She is purposefully being unprofessional; how can you diagnosed me just by looking at me, Am constandly telling this physician that am in pain, and its going in one EAR and out the other Under the Eighth Amendment am entitled to medical care, and this is a serious medical need, she not giving me treatment, by flying of at the mouth, she just has made me feel very upset!

Rodney W. McClanton March 31, 2015
Inmate Signature Date

***If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.***

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on 3/31/15 (date), and determined to be **Step One** and/or an Emergency Grievance _______ (Yes or No). This form was forwarded to medical or mental health? _______ (Yes or No). If yes, name of the person in that department receiving this form: [signature] Date 3-31-15

CO Knight 100626 [signature] Knight 3/31/15
PRINT STAFF NAME (PROBLEM SOLVER) ID Number Staff Signature Date Received

Describe action taken to resolve complaint, including **dates**: It is noted Ms. Bland assessed you on 3/6/15, when you came in as a walk-in. There were no acute findings. Verbal orders given to the nurse to order [illegible] for you which was done. Submit sick call if the [illegible] does not help. [illegible] 4/3/15 [signature] Rodney W. McClanton 4-6-15 4:08 pm

Staff Signature & Date Returned Inmate Signature & Date Received

RECEIVED - DEPUTY DIRECTOR ARKANSAS DEPARTMENT OF CORRECTION

This form was received on _________ (date), pursuant to **Step Two**. Is it an Emergency? _______ (Yes or No).

Staff Who Received Step Two Grievance: _______________ Date: MAY 21 2015

Action Taken: _______________ (Forwarded to Grievance Officer/Warden/Other) Date: _______

If forwarded, provide name of person receiving this form: _______________ Date: _______

HEALTH & CORRECTIONAL PROGRAMS

3

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE**-Grievance Officer; **ORIGINAL**-Given back to Inmate After Completion of Step One and Step Two.