**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RODNEY WILSON MCCLANTON,**
**ADC #108785**                                                                          **PLAINTIFF**

**v.**                                   **Case No. 5:15-cv-00230-KGB/JTK**

**ROBERT BREVING,** *et al.*                                                     **DEFENDANTS**

<u>**ORDER**</u>

The Court has received two Proposed Findings and Recommendations ("Recommendation") filed by Magistrate Judge Jerome T. Kearney (Dkt. Nos. 41; 46). Plaintiff Rodney Wilson McClanton filed timely objections to the first Recommendation(Dkt. No. 45). After careful review of the first Recommendation and the timely objections filed by Mr. McClanton, including a *de novo* review of the record, the Court concludes that the first Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. Mr. McClanton's motion for summary judgment is denied (Dkt. No. 35).

Mr. McClanton did not file objections to the second Recommendation, and the time to do so has passed. After careful review of the second Recommendation, the Court concludes that the second Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 46). Defendant Estella Bland's motion for summary judgment is granted (Dkt. No. 37). Mr. McClanton's complaint is dismissed with prejudice.

So ordered this 29th day of November, 2016.

Kristine G. Baker
United States District Judge